# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4304-GW(AGRx) | Date | March 7, 2016 |
|---|---|---|---|
| Title | *Amica Mutual Insurance Company, et al. v. QBE Insurance Corporation, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Kamilla Sali-Suleyman | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None Present | | None Present | |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER RE: ORDER TO SHOW CAUSE RE: SETTLEMENT**

On March 4, 2016, plaintiff filed a Notice of Settlement. Counsel are hereby notified that on the Court's own motion, an Order to Show Cause hearing re: Settlement is set for **April 7, 2016 at 8:30 a.m.**

The parties are advised that the status conference will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed prior to the date.

All previously set deadlines and dates are vacated and taken off-calendar.

 

:

| | Initials of Preparer | KSS |
|---|---|---|